UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RES-CARE, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:22-CV-150-CHB |
| ) | |
| v. ) | |
| ) | **ORDER REMANDING TELEPHONIC** |
| TIMOTHY FOSTER, et al, ) | **STATUS CONFERENCE AND ORDER** |
| ) | **ADMINISTRATIVELY REMANDING** |
| Defendants. ) | **PENDING MOTIONS** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is currently scheduled for a Telephonic Status Conference on March 25, 2022. The parties have advised the Court that they are close to reaching a resolution of this matter. For this reason and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  The Telephonic Status Conference scheduled for March 25, 2022, is **REMANDED** from the Court's docket.

2.  In light of the anticipated resolution of this matter, Plaintiff Res-Care, Inc.'s, Emergency Motion for Temporary Restraining Order and Preliminary Injunction [**R. 4**] and Motion for Expedited Discovery [**R. 5**] are **administratively REMANDED**.

3.  The parties **SHALL** tender the appropriate dismissal paperwork dismissing this matter with prejudice within **forty-five (45) days** from the date of entry of this Order. If the settlement is not consummated and the appropriate dismissal paperwork is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion at that time or any time before the expiration of the forty-five (45) days to re-open the Motions remanded herein.

This the 25th day of March 2022.

cc: Counsel of Record

